ISRAEL PERLMAN, Respondent, v. ARON PERLMAN, Appellant, Impleaded with PAULA PERLMAN, Defendant.*

First Department, May 13, 1932.

*Benjamin Weiss* of counsel [*Benjamin Antin*, attorney], for the appellant.

*Arnold A. Jaffe* of counsel [*Cady, Schapiro & Schapiro*, attorneys], for the respondent.

O'MALLEY, J. Summary judgment having been granted in favor of the plaintiff and such determination having been herewith affirmed (235 App. Div. 313), this appeal has become academic. It is, therefore, dismissed, without costs.

FINCH, P. J., MERRELL and SHERMAN, JJ., concur.

Appeal dismissed, without costs.